USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FEN ZHI CHEN,

                    Plaintiff,

-v.-

PLATINUM Z INC. et al.,

                    Defendants.
-----------------------------------------------------------X

ORDER OF DISCONTINUANCE
13 Civ. 2510 (GWG)

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       On July 16, 2013, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). It has now been reported to the Court that the parties have reached a settlement of this matter.

       Accordingly, it is hereby ORDERED that this action is dismissed without costs (including attorney's fees) to either party and without prejudice to restoration of the action to the calendar of the undersigned within 30 days of the date of this Order if in fact there has not been a settlement of this matter. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires.

       Any pending motions are moot. The Clerk is requested to close the case.

       SO ORDERED.

Dated: June 25, 2014
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge